1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 812411)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5           450 Golden Gate Avenue, Box 36055
            San Francisco, California 94102-3495
6           Telephone: (415) 436-6937
            FAX: (415) 436-7234
7           Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,              ) CASE NO: 13-590 EMC
                                            )
13 |       Plaintiff,                       ) STIPULATION TO CONTINUE SENTENCING
                                            ) DATES AND [~~PROPOSED~~] ORDER
14 |       v.                               )
                                            )
15 | MICHAEL PITAMBER RAMDAT,               )
                                            )
16 |       Defendant.                       )
                                            )
17

18         Sentencing for defendant Michael Pitamber Ramdat is scheduled for October 8, 2014 at 2:30pm.

19 On July 21, 2014, the defendant was arrested for violating the terms of his state probation in Florida, and

20 on August 12, 2014 he was sentenced to 28 months imprisonment for this violation.  The government

21 will file concurrently with this stipulation a request with this Court to issue a writ of habeas corpus ad

22 prosequendum to require the defendant's appearance for his sentencing.  To allow sufficient time for the

23 writ and for transport, the parties request that the sentencing date be continued until November 5, 2014.

24 US Probation Officer Insa Bel'Ochi has been contacted and consents to this request.

           IT IS SO STIPULATED.
25
   DATED: August 26. 2014                          /s/
26                                          BENJAMIN KINGSLEY
                                            Assistant United States Attorney
27
   DATED: August 26. 2014                          /s/
28                                          KENNETH WINE
                                            Counsel for Defendant Michael Pitamber Ramdat

STIPULATION AND ORDER REGARDING SENTENCING DATE

[~~PROPOSED~~] ORDER

Upon the stipulation of the parties, the sentencing hearing for defendant Michael Pitamber Ramdat presently scheduled on October 8, 2014, at 2:30pm shall be continued to November 5, 2014, at 2:30pm.

IT IS SO ORDERED.

DATED: 8/26/14

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE