UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL PITAMBER RAMDAT,<br><br>   Defendant.<br>_____/ | No. CR-13-0590 EMC<br><br>**ORDER DENYING PETITION FOR WRIT OF MANDAMUS**<br><br>**(Docket No. 100)** |

Having considered the Petition for Writ of Mandamus and government's opposition thereto, and good cause appearing therefor, the Court hereby **DENIES** the petition regarding the Bureau of Prison's calculation of Petitioner's credit for time served for an unrelated state sentence..

First, this Court has no jurisdiction to issue a writ of mandamus under the circumstances. An essential requirement for mandamus is that there be no other adequate remedy available. *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1997). Here, Petitioner has available the remedy of a petition for habeas corpus under 28 U.S.C. § 2241 to challenge the term of his federal imprisonment. *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 1999); *Doganiere v. United States*, 914 F.2d 165, 169-70 (9th Cir. 1990); *Brown v. United States*, 610 F.2d 672, 677 (9th Cir. 1980).

Second, even if the current petition were construed as a petition under Section 2241, such petition must be brought in Florida where Petitioner is being held by a state custodian. *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973).

Third, if the Court were to reach the merits, it would find the petition meritless. When a court orders a federal sentence to run concurrently to an already-running state sentence, the federal

sentence commences on the date of its imposition, not before. *Schleining v. Thomas*, 642 F.3d 1242, 1248 (9th Cir. 2011). In this case, this Court imposed a sentence of 21 months to be served concurrent with the "current Florida state court term that he is serving, and so my understanding is that is approximately another 12 months to run. So this will add about nine months of federal – pure federal time on top of that." January 21, 2015 Transcript of Sentencing Hearing, p. 18. Under Petitioner's interpretation and request, there would be no "pure federal time" on top of the state sentence.

The petition is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Dated: January 12, 2016

_____
EDWARD M. CHEN
United States District Judge

2